RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| TECHNICAL INDUSTRIES, INC. | CIVIL ACTION #CV05-1249 L-O |
|---|---|
| VERSUS | JUDGE HAIK |
| JEFFREY S. BANKS | MAGISTRATE JUDGE METHVIN |

## CONSENT DECREE

Considering the evidence of record, the stipulations of the parties, and the Joint Motion of Plaintiff, Technical Industries, Inc, and Defendant, Jeffrey S. Banks, for entry of Consent Decree the Court does:

HEREBY ORDER, ADJUDGE AND DECREE that Defendant, Jeffrey S. Banks is and shall be enjoined:

1. For the two year period commencing June 25, 2005, of and from becoming employed by or independently contracting with any enterprise that competes with Technical Industries, Inc. in the pipe testing and inspection business in all of the counties of Texas and all of the parishes of Louisiana set forth in the Stock Option Agreement of record herein (except the parish of St. Bernard, Louisiana);

2. For the two year period commencing June 25, 2005, of and from soliciting the customers of Technical Industries, Inc. in all of the counties of Texas and all of the parishes of Louisiana set forth in the Stock Option Agreement of record herein (except the parish of St. Bernard, Louisiana);

3. For the four year period commencing February 5, 2007, of and from

disclosing Technical Industries, Inc.'s trade secrets, to wit:

Non-Disclosure Agreement:

    i.    Full Body Ultrasonic Pipe Inspection unit also known as Technical Industries, Inc. proprietary ET Series Unit;

    ii.    Pipe Inspection Data Collection as Technical developed and embodied in Visonic ™, the trade secret data collection method going all around a piece of pipe, storing every thickness data reading, the location of each thickness data reading in all three space coordinates, and a combination of ovality which attempts to better determine the exact location of the thickness data reading;

    iii.    3D virtual imaging of the pipe and other inspection apparatus;

    iv.    Defects Identifier circuitries known as ET-26 and ET-27; and,

Stock Option Agreement:

    i.    products; production methods; product development; records; data; specifications, research specification; inventions; know how; processes; customer identities and information; business policies; business methods and techniques; research, marketing and sales techniques and strategies; financial information; competitive strategies; as

>well as other information not disclosed to the general public or known in the industry and acquired or learned by Banks during the course or on account of his employment with Technical Industries, Inc.

**HEREBY FURTHER ORDER, ADJUDGE AND DECREE** that:

A.  The Five Hundred ($500.00) Dollars bond of Technical Industries, Inc. posted against possible claim for damages for causing wrongful temporary restraining order is hereby discharged and the Clerk of Court ordered to refund same to Technical Industries, Inc.; and,

B.  The computer disc/USB-drive filed into the sealed record of these proceedings be and the Clerk of Court is hereby ordered to release same to Technical Industries, Inc.

**HEREBY FURTHER ORDER, ADJUDGE AND DECREE** that all other claims made herein by either party but not addressed in this Consent Decree are dismissed with prejudice, at each party's own cost and attorney fees.

**FINALLY ORDER, ADJUDGE AND DECREE** that the Court will retain jurisdiction over this matter until February 5, 2011 for the purpose of enforcing the terms of the orders herein made.

Signed 21st day February, 2007.

_____
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE 2/21/07
BY
TO

-3-

APPROVED:

**ROEDEL PARSONS KOCH BLACHE BALHOFF & MCCOLLISTER**

By: ___s/Carlton Jones III___
CARLTON JONES, III
8440 Jefferson Hwy., Suite 301
Baton Rouge, LA 70809-7652
Telephone: 225-929-7033
Fax: 225-928-4925
CJones@RoedelParsons.com
**ATTORNEY FOR JEFFERY S. BANKS**

**LEMOINE & ASSOCIATES, L.L.C.**

By: ___s/Joseph L. Lemoine Jr.___
JOSEPH L. LEMOINE, JR. (#8307)
406 Audubon Boulevard
Lafayette, Louisiana 70503
Telephone: 337-233-6200
Fax: 337-233-6521
Joe@Lemoine.com
**ATTORNEY FOR TECHNICAL INDUSTRIES, INC.**